# ALABAMA COURT OF CRIMINAL APPEALS



November 17, 2023

**CR-2022-0721**
Charles Edward Colburn v. State of Alabama (Appeal from Montgomery Circuit Court:  CC-19-154)

# NOTICE

You are hereby notified that on November 17, 2023, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

*Scott Mitchell*

D. Scott Mitchell, Clerk